UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Novak, Kim

Case No.__________________

**STATEMENT UNDER PENALTY OF PERJURY RE:
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

☒ **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

- ☐ Debtor was not employed during the 60 days preceding the filing of the petition;
- ☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:
- ☐ Debtor was self-employed during the 60 days preceding the filing of the petition;
- ☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
- ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: Kim Novak ________ Date: ________________

************************************************************

☐ **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

- ☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition;
- ☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:
- ☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition;
- ☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
- ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: ________________ Date: ________________

New Window | Help

# View Paystub

**Kim Marie Novak**

**State of Minnesota**

View Leave Balance

View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| T799366 | 08/03/2010 | 08/13/2010 |

**Federal W4 Information**

| Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|
| M | 6 | 0.000 | 0.00 |

**State W4 Information**

| State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | M | 6 | 0.000 | 0.00 |

**Gross to Net Information**

| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 1,040.70 | 986.16 | 1,038.20 | 1,038.20 | 79.41 | 79.91 | 881.38 |
| YTD | 16,655.53 | 15,784.75 | 16,579.25 | 16,579.25 | 1,411.84 | 1,227.04 | 14,016.65 |

**Earnings (* = Taxable Business Exp/Relocation; # = Non-Paid)**

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 70.00 | 12.440000 | 870.80 | 13,273.48 |
| Float Hol | | | 10.00 | 12.440000 | 124.40 | 124.40 |
| Shift Diff | | | 70.00 | 0.650000 | 45.50 | 693.55 |
| Holiday | | | | | | 646.88 |
| Sick Leave | | | | | | 1,082.28 |
| Vacation | | | | | | 796.16 |
| Comp Earnd# | | | | | | 14.00 |
| Other-In | | | | | | 38.78 |
| Total: | | | 150.00 | | 1,040.70 | 16,655.53 |

**Taxes**

| Description | Resident | Taxable Gross | Amount | YTD Amount |
|---|---|---|---|---|
| Fed Withholdng | | 986.16 | | 29.16 |
| Fed MED/EE | | 1038.20 | 15.05 | 240.40 |
| Fed OASDI/EE | | 1038.20 | 64.36 | 1,027.91 |
| MN Withholdng | Y | 986.16 | | 114.37 |
| Total: | | | 79.41 | 1,411.84 |

**Before-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| Dental | 2.50 | 37.50 |
| MSRS-GERP | 52.04 | 794.50 |

**After-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| AFSCME5 | 15.61 | 249.76 |
| EE Life | 1.12 | 16.80 |

**Employer Paid Benefits (* = Taxable)**

| Description | Amount | YTD Amount |
|---|---|---|
| Medical | 223.64 | 3,354.60 |
| Dental | 11.26 | 168.90 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | EE AD/D | 0.80 | 12.00 | Admin Fee | 4.01 | 60.15 |
| | | | Sp Life | 1.12 | 15.68 | Basic Life | 4.31 | 64.65 |
| | | | STD | 6.72 | 100.80 | MSRS-GERP | 52.04 | 794.50 |
| | | | | | | Fed MED | 15.05 | 240.40 |
| | | | | | | Fed OASDI | 64.36 | 1,027.91 |
| **Total:** | **54.54** | **832.00** | **Total:** | **25.37** | **395.04** | **Total:** | **374.67** | **5,711.11** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 091903310 | 881.38 |

Earning Description

Deduction Description

New Window | Help |

# View Paystub

**Kim Marie Novak**

**State of Minnesota**

View Leave Balance

View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| T799366 | 07/20/2010 | 07/30/2010 |

**Federal W4 Information**

| Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|
| M | 6 | 0.000 | 0.00 |

**State W4 Information**

| State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | M | 6 | 0.000 | 0.00 |

**Gross to Net Information**

| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 1,036.80 | 984.96 | 1,036.80 | 1,036.80 | 79.33 | 67.45 | 890.02 |

**Earnings (* = Taxable Business Exp/Relocation; # = Non-Paid)**

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 64.00 | 12.440000 | 796.16 |
| Sick Leave | | | 10.00 | 12.440000 | 124.40 |
| Vacation | | | 6.00 | 12.440000 | 74.64 |
| Shift Diff | | | 64.00 | 0.650000 | 41.60 |
| Total: | | | 144.00 | | 1,036.80 |

**Taxes**

| Description | Resident | Taxable Gross | Amount |
|---|---|---|---|
| Fed Withholdng | | 984.96 | |
| Fed MED/EE | | 1036.80 | 15.04 |
| Fed OASDI/EE | | 1036.80 | 64.29 |
| MN Withholdng | Y | 984.96 | |
| Total: | | | 79.33 |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MSRS-GERP | 51.84 |
| Total: | 51.84 |

**After-Tax Deductions**

| Description | Amount |
|---|---|
| AFSCME5 | 15.61 |
| Total: | 15.61 |

**Employer Paid Benefits (* = Taxable)**

| Description | Amount |
|---|---|
| MSRS-GERP | 51.84 |
| Fed MED | 15.04 |
| Fed OASDI | 64.29 |
| Total: | 131.17 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 091903310 | 890.02 |

New Window | Help |

# View Paystub

**Kim Marie Novak**

**State of Minnesota**

View Leave Balance

View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| T799366 | 07/06/2010 | 07/16/2010 |

**Federal W4 Information**

| Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|
| M | 6 | 0.000 | 0.00 |

**State W4 Information**

| State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | M | 6 | 0.000 | 0.00 |

**Gross to Net Information**

| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| **Current** | 1,038.10 | 986.29 | 1,035.60 | 1,035.60 | 79.21 | 77.18 | 881.71 |

**Earnings (* = Taxable Business Exp/Relocation; # = Non-Paid)**

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 66.00 | 12.440000 | 821.04 |
| Holiday | | | 10.00 | 12.440000 | 124.40 |
| Sick Leave | | | 4.00 | 12.440000 | 49.76 |
| Shift Diff | | | 66.00 | 0.650000 | 42.90 |
| **Total:** | | | **146.00** | | **1,038.10** |

**Taxes**

| Description | Resident | Taxable Gross | Amount |
|---|---|---|---|
| Fed Withholdng | | 986.29 | |
| Fed MED/EE | | 1035.60 | 15.01 |
| Fed OASDI/EE | | 1035.60 | 64.20 |
| MN Withholdng | Y | 986.29 | |
| **Total:** | | | **79.21** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| Dental | 2.50 |
| MSRS-GERP | 49.31 |

**After-Tax Deductions**

| Description | Amount |
|---|---|
| AFSCME5 | 15.61 |
| EE Life | 1.12 |
| EE AD/D | 0.80 |
| Sp Life | 1.12 |
| STD | 6.72 |

**Employer Paid Benefits (* = Taxable)**

| Description | Amount |
|---|---|
| Medical | 223.64 |
| Dental | 11.26 |
| Admin Fee | 4.01 |
| Basic Life | 4.31 |
| MSRS-GERP | 49.31 |
| Fed MED | 15.01 |
| Fed OASDI | 64.20 |

| Total: 51.81 | Total: 25.37 | Total: 371.74 |
|---|---|---|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 091903310 | 881.71 |

Earning Description

Deduction Description

New Window | Help |

# View Paystub

## Kim Marie Novak

State of Minnesota

View Leave Balance

View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| T799366 | 06/22/2010 | 07/02/2010 |

**Federal W4 Information**

| Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|
| M | 6 | 0.000 | 0.00 |

**State W4 Information**

| State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | M | 6 | 0.000 | 0.00 |

**Gross to Net Information**

| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 1,034.20 | 982.58 | 1,031.70 | 1,031.70 | 78.93 | 76.99 | 878.28 |

**Earnings (* = Taxable Business Exp/Relocation; # = Non-Paid)**

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | 60.00 | 12.440000 | 746.40 |
| Vacation | | | 20.00 | 12.440000 | 248.80 |
| Shift Diff | | | 60.00 | 0.650000 | 39.00 |
| Total: | | | 140.00 | | 1,034.20 |

**Taxes**

| Description | Resident | Taxable Gross | Amount |
|---|---|---|---|
| Fed Withholdng | | 982.58 | |
| Fed MED/EE | | 1031.70 | 14.96 |
| Fed OASDI/EE | | 1031.70 | 63.97 |
| MN Withholdng | Y | 982.58 | |
| Total: | | | 78.93 |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| Dental | 2.50 |
| MSRS-GERP | 49.12 |
| Total: | 51.62 |

**After-Tax Deductions**

| Description | Amount |
|---|---|
| AFSCME5 | 15.61 |
| EE Life | 1.12 |
| EE AD/D | 0.80 |
| Sp Life | 1.12 |
| STD | 6.72 |
| Total: | 25.37 |

**Employer Paid Benefits (* = Taxable)**

| Description | Amount |
|---|---|
| Medical | 223.64 |
| Dental | 11.26 |
| Admin Fee | 4.01 |
| Basic Life | 4.31 |
| MSRS-GERP | 49.12 |
| Fed MED | 14.96 |
| Fed OASDI | 63.97 |
| Total: | 371.27 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
| Direct Deposit | | Checking | 091903310 | 878.28 |

Earning Description

Deduction Description